# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:07-cr-00209 |
| v. | ) | |
| | ) | Judge Haynes |
| | ) | |
| MONTERREAL FIELDS | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to suppress (Docket Entry No. 24) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 24th day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge